NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WENDALL HALL,                            )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D18-2805
                                         )
GAIL DURAND CLARKE, RN and               )
KAREN BLANKENSHIP, ARNP,                 )
                                         )
            Appellees.                   )
_____ )

Opinion filed March 15, 2019.

Appeal from the Circuit Court for Charlotte
County; Lisa S. Porter, Judge.

Wendall Hall, pro se.

Alexander Dombrowsky and M. Katherine
Hunter of Chimpoulis, Hunter & Lynn, P.A.,
Plantation, for Appellees.


PER CURIAM.


            Affirmed.


CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.